UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JUL 28  PM 1: 14

CLERK

BY_____
DEPUTY CLERK

In Re:  Christopher Sullivan, Esq.          Misc. No. 2:15-mc-44

## ORDER OF INTERIM SUSPENSION

On June 12, 2015, the above-named individual was placed on immediate interim suspension from the practice of law in Vermont by State of Vermont Professional Responsibility Board.

Pursuant to Rule 5(d) of Attorney Disciplinary Rules for the United States District Court for the District of Vermont and in conformity with the Vermont Professional Responsibility Board, it is hereby ORDERED that said CHRISTOPHER SULLIVAN is placed on immediate interim suspension from the practice of law before this court.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this  27ᵗʰ  day of July, 2015.

Christina Reiss, Chief Judge
United States District Court